IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JERRY L. JONES                                                                 PLAINTIFF

v.                     CIVIL NO. 2:17-cv-2111-MEF

NANCY A. BERRYHILL, Acting
Commissioner, Social Security Administration                      DEFENDANT

**FINAL JUDGMENT**

This cause is before the Court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding his application for Supplemental Security Income. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Eighth Circuit. The Court, having reviewed the record, the administrative transcript, the briefs of the parties, the applicable law, and the parties having waived oral argument, finds as follows, to-wit:

For the reasons announced by the Court on the record on June 18, 2018, the Court finds that the decision of the Commissioner of Social Security is supported by substantial evidence, and the same is hereby affirmed.

IT IS SO ORDERED this the 19th day of June, 2018.

                                                             /s/ Mark E. Ford
                                                             HON. MARK E. FORD
                                                             UNITED STATES MAGISTRATE JUDGE